**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2160**

———————

DIANE S. SHERMAN,

Plaintiff - Appellant,

versus

BELL ATLANTIC-VIRGINIA, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Tommy E. Miller, Magistrate Judge. (CA-99-2132-2)

———————

Submitted:  February 6, 2001          Decided:  February 16, 2001

———————

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Scott M. Reed, PRESTON & REED, P.L.C., Virginia Beach, Virginia, for Appellant.  Betty S.W. Graumlich, G. William Norris, Jr., MCSWEENEY, BURTCH & CRUMP, P.C., Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Diane S. Sherman appeals the magistrate judge's order[*] grant-
ing summary judgment in favor of Bell Atlantic-Virginia, Inc., in
this employment discrimination action in which Sherman alleged
violations of the Family Medical Leave Act.  We have reviewed the
parties' briefs, the joint appendix, the magistrate judge's rea-
soning stated from the bench, and the judge's order and find no
reversible error.  Accordingly, we affirm on the reasoning of the
magistrate judge.  <u>Sherman v. Bell Atlantic-Virginia, Inc.</u>, No. CA-
99-2132-2 (E.D. Va. Aug. 2, 2000).  We dispense with oral argument
because the facts and legal contentions are adequately presented in
the materials before the court and argument would not aid the
decisional process.

<u>AFFIRMED</u>

---

[*] This case was decided by a magistrate judge upon consent of
the parties under 28 U.S.C.A. § 636(c)(1) (West 1993 & Supp. 2000).